**Trola MOORE, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 28, 2005.

## ORDER

PER CURIAM.

AND NOW, this 28th day of September, 2005, the order of the Commonwealth Court is AFFIRMED.

**GLENBROOK LEASING COMPANY, Appellant**

v.

**Michael F. BEAUSANG, Jr., Esquire and Butera, Beausang, Cohen & Brennan, Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 13, 2005.
Decided Sept. 29, 2005.

Kevin William Gibson, Media, for Glenbrook Leasing Co., appellant.

Ronald Frederick Brien, Jr., Spring City, Jerome E. Bogutz, James W. Christie, III, Philadelphia, for Michael F. Beausang, Jr., Esquire and Butera, Beausang, Cohen & Brennan, appellees.

Amy Joann Coco, Pittsburgh, Jeffrey B. Albert, Philadelphia, Dennis John Roman, Pittsburgh, for PA Bar Ass'n, appellee amicus curiae.

Louis C. Long, Pittsburgh, for PA Defense Institute, appellee amicus curiae.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## ORDER

PER CURIAM.

The Order of the Superior Court is affirmed.